UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIT BANK, N.A.,<br><br><div align="center">Plaintiff,</div><br>- against -<br><br>JOSE M. VASQUEZ A/K/A JOSE VASQUEZ and TOWN SUPERVISOR TOWN OF HUNTINGTON,<br><br><div align="center">Defendants.</div> | Case No. 1:17-cv-04654-MKB-PK<br><br>**AFFIRMATION IN SUPPORT OF ATTORNEY'S FEES** |

Adam P. Briskin, Esq., pursuant to CPLR 2106 and under penalties of perjury, affirms:

1.      I am an attorney associated with Bronster LLP, former attorneys of record for plaintiff CIT BANK, N.A. (**CIT**).  I make this affirmation supporting CIT's application to confirm the referee's report, for a final judgment of foreclosure and sale and an award of the plaintiff's reasonable attorney's fees and costs associated with this proceeding, amendment of the caption, and such other and further relief as this court deems just and proper.

2.      This is an action to foreclose a mortgage on real property at 163 1st Avenue, Huntington Station, New York, New York 11746 (**Premises**).

3.      On or about September 17, 2018, CIT made an application to this court for summary judgment on its foreclosure complaint against the defendants, JOSE M. VASQUEZ A/K/A JOSE VASQUEZ and TOWN SUPERVISOR TOWN OF HUNTINGTON, an order striking defendant's Answer with affirmative defenses and an order appointing a special master/referee to compute the amount due.

4.      The court referred the motion to Magistrate Peggy Kuo for a report and recommendation (**R&R**) on April 11, 2019.  The motion was unopposed.  Magistrate Kuo issued the R&R on August 19, 2019, recommending CIT's motion for summary judgment and

appointment of a special master/referee to compute be granted.  The court adopted the R&R in its entirety and directed the parties to submit proposed referee names and contact information by order dated September 16, 2019.  On October 18, 2019, the court referred the case to ROBERT A. ADAMS, ESQ., as special master/referee to compute the plaintiff's mortgage indebtedness.  A copy of the order entered on or about September 16, 2019, is annexed as Exhibit A to the Affirmation of Erica R. S. Goldman, dated _____, 2021 (**Goldman Aff.**), submitted concurrently herewith.

5.      Pursuant to the aforesaid order, the special master/referee computed the total amount due to plaintiff in the sum of $506,578.80 as of June 16, 2020.  This amount includes principal, interest, late charges, and escrow advances for real estate taxes and homeowner's insurance, and other charges pursuant to a mortgage dated May 10, 2007 (**Mortgage**), made by defendant JOSE M. VASQUEZ A/K/A JOSE VASQUEZ, which Mortgage was assigned to OneWest Bank, FSB, n/k/a CIT Bank, and later assigned to MTGLQ Investors, L.P.  The Mortgage was modified by Loan Modification Agreement dated August 1, 2016.  The special master/referee also determined that CIT was entitled, pursuant to its rights under the Mortgage, to recover accrued interest, monies paid for taxes and insurance, and all other expenses related to the upkeep of the mortgaged property from June 22, 2020, to the date title to the mortgaged property is conveyed by the special master/referee.  A copy of the Referee's Oath and Report with exhibits, including copies of the Note, Mortgage, Assignments of Mortgage, and Loan Modification Agreement is annexed as Exhibit B to the Goldman Aff., submitted concurrently herewith.

6.      CIT retained Windels Marx Lane & Mittendorf, LLP (**Windels**) and Bronster LLP to represent it with regard to this action against the defendant, JOSE M. VASQUEZ A/K/A

JOSE VASQUEZ and to foreclose the Mortgage, resulting from the defendant's default on loan obligations under the Mortgage and underlying Note. As of September 1, 2018, the Tax Lien and Mortgage Foreclosure group from Windels began operating under the firm Bronster, LLP, as such Your Affirmant represented Plaintiff as an attorney for Windels and Bronster, LLP until December 18, 2019, when Akerman LLP substituted in as counsel of record. Therefore, Your Affirmant is familiar with the books and records of both Windels and Bronster LLP.

7.      Windels and Bronster LLP through December 18, 2019, billed a total of 14.6 hours at a flat fee rate of $2,800.00. Plaintiff's attorneys have also billed at an hourly rate as follows: Andrew Jacobson billed a total of 2.5 hours at a rate of $475.00 per hour for a total of $1,187.50, Adam P. Briskin billed a total of 1.7 hours at a rate of $365.00 per hour for a total of $620.50 and billed a total of 26.2 hours at a rate of $385.00 per hour for a total of $10,087.00; paralegal Julius Crockwell, billed a total of 4.1 hour at a rate of $165.00 per hour for a total of $676.50; paralegal Giselle Mencino, billed a total of 0.1 hour at a rate of $280.00 per hour for a total of $28.00; paralegal Laura Parrella billed a total of 1.2 hour at a rate of $210.00 per hour for a total of $252.00. Redacted copies of the bills for Plaintiff's legal fees are annexed hereto as **Exhibit "1"**. The bills enumerate the work performed by each of the attorneys and paralegals.

8.      In connection with this action, Bronster and/or Windels: obtained a title search of the County Clerk's records concerning the Property; reviewed and analyzed the foreclosure title search of the Property; engaged in correspondence with the title company regarding said title search; reviewed the loan documents, including Note and Mortgage; drafted the Certificate of Merit and Statement of Review in Support of the Certificate of Merit; prepared and reviewed the Summons, Complaint, and Corporate Disclosure Statement; arranged for the action to be commenced by filing the Complaint with the court; drafted the Notice of Pendency of Action and

arranged for the same to be filed in the County Clerk's office; reviewed the Summons issued by the Court Clerk for each defendant; sent pleadings to a process server; counsel prepared and finalized two letter motions for extension of plaintiff's time to complete service on defendants; communicated with the process server regarding serving on the Defendants; arranged for service of copies of the Summons and Complaint upon Defendants and reviewed the Affidavits of Service thereof; reviewed non-military search records; counsel prepared and served copies of the Amended Complaint upon the defendants; engaged in correspondence with the Court; counsel prepared and finalized plaintiff's affidavit in support of summary judgment, statement of material facts, notice of motion for summary judgment and appointment of a referee, affirmation in support of summary judgment, memorandum of law in support of summary judgment addressing defendant Vasquez' twelve affirmative defenses and defendant Town of Huntington's two affirmative defenses; assembled the motion and its corresponding exhibits to be filed and mailed to all parties; review defendant Town Supervisor of the Town of Huntington's opposition to summary judgment; draft plaintiff's reply memorandum in further support of summary judgment.

9.      From August 8, 2017, *i.e.*, the date of filing the summons and complaint, through December 18, 2019, the date of counsel's withdrawal from this action, CIT incurred legal fees for services rendered by counsel in the amount of $16,377.50. These legal fees are reasonable in light of the circumstances at issue in this action and arising during the course of this action, which circumstances plaintiff did not create. Plaintiff is justly, equitably, and contractually entitled to an award of legal fees pursuant to the terms of the Mortgage, which specifically provides for recovery of legal fees, costs and disbursements in a mortgage foreclosure action.

10. The $16,377.50 in fees requested equates to an award of about 3.23 percent of the $506,578.80 total judgment indebtedness set forth in the Referee's Oath and Report.

11. Legal fees are not based strictly on an hourly rate. However, the total number of hours through December 18, 2019, devoted to this case by attorneys and paralegals is no less than 50.4 hours. Under the circumstances, the attorney's fees incurred and to be incurred are reasonable.

Dated: New York, New York
        March 15, 2021

_Adam Briskin_
Adam P. Briskin, Esq.

August 17, 2017

Bill Number  62201
File Number 0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ███████████████

**FOR PROFESSIONAL SERVICES RENDERED**
**FOR THE PERIOD**

Through July 31, 2017

Re: Jose Vasquez, Loan# █████████  163 1st Avenue, Huntington Station, NY
11746

**SERVICES**



| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/05/17 | APB | Review of ██ and correspondence with ███████ | 0.20 Hrs | $73.00 |
| 07/07/17 | ALJ | Conference with ███ regarding ██████ ████████████████████████; correspondence with ██ ███████ | 0.30 Hrs | $142.50 |
| 07/07/17 | ALJ | Conference with █████ regarding ███████ ████. | 0.20 Hrs | $95.00 |
| 07/07/17 | APB | Email to ███████ regarding ██████████ | 0.20 Hrs | $73.00 |
| 07/19/17 | ALJ | Correspondence with ███████ regarding █████████ review ████████ | 0.30 Hrs | $142.50 |

TOTAL SERVICES        $526.00

CIT / One West Bank

Re: Jose Vasquez, Loan# ▓▓▓▓▓ 163 1st Avenue, Huntington Station, NY
11746

## HOURLY RATE

| | | |
|---|---|---|
| Jacobson, Andrew Lawrence | 0.80 Hrs | $380.00 |
| Briskin, Adam P. | 0.40 Hrs | $146.00 |
| | 1.20 Hrs | $526.00 |

INVOICE TOTAL          $526.00

November 22, 2017

Bill Number  69893
File Number  0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ▬▬▬▬▬▬▬

**FOR PROFESSIONAL SERVICES RENDERED
FOR THE PERIOD**

Through October 31, 2017

Re: Jose Vasquez, Loan# ▬▬▬▬▬ 163 1st Avenue, Huntington Station, NY
    11746

**SERVICES**

| Date | Atty | Description | | | Time | Value |
|------|------|-------------|---|---|------|-------|
| 10/11/17 | APB | Draft the ▬▬▬▬▬▬ for ▬▬ | | | 0.50 Hrs | $182.50 |
| 10/12/17 | APB | Review of file and ▬▬▬▬. Correspondence with ▬▬▬ regarding ▬▬▬▬ | | Correspondence | 0.30 Hrs | $109.50 |
| | | | | TOTAL SERVICES | | $292.00 |

**HOURLY RATE**

| | | | | |
|---|---|---|---|---|
| Briskin, Adam P. | | 0.80 Hrs | $292.00 | |
| | | 0.80 Hrs | $292.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Filing Fees | | $400.00 |
| Court Filing Fee | | $270.00 |
| | TOTAL DISBURSEMENTS | $670.00 |

CIT / One West Bank

INVOICE TOTAL.                   $962.00

December 14, 2017

Bill Number  71758
File Number  0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ███████████

**FOR PROFESSIONAL SERVICES RENDERED**
**FOR THE PERIOD**

Through November 30, 2017

Re: Jose Vasquez, Loan# ██████████ 163 1st Avenue, Huntington Station, NY
11746

**SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/17 | ALJ | Review and revise ████████ to ████████ ████████ | 0.40 Hrs | $190.00 |
| 11/01/17 | APB | Draft letter motion ████████████████ | 0.40 Hrs | $146.00 |
| 11/07/17 | APB | Email to ████ regarding ████ | 0.10 Hrs | $36.50 |
| | | | TOTAL SERVICES | $372.50 |

**HOURLY RATE**

| | | |
|---|---|---|
| Jacobson, Andrew Lawrence | 0.40 Hrs | $190.00 |
| Briskin, Adam P. | 0.50 Hrs | $182.50 |
| | 0.90 Hrs | $372.50 |

CIT / One West Bank

| | |
|---|---|
| INVOICE TOTAL | $372.50 |

| | |
|---|---|
| TOTAL DUE THIS STATEMENT | $1,334.50 |

February 13, 2018

Bill Number  76624
File Number  0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ▇▇▇▇▇▇▇▇▇▇

## FOR PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD

Through January 31, 2018

Re: Jose Vasquez, Loan# ▇▇▇▇▇▇  163 1st Avenue, Huntington Station, NY
11746

## SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/05/18 | APB | Revised and send ▇▇ to ▇▇ re: ▇▇▇▇ for ▇▇▇▇▇▇ | 0.20 Hrs | $77.00 |
| 01/05/18 | JDC | Efiled letter to Eastern District Court | 0.50 Hrs | $82.50 |
| 01/09/18 | APB | Review of ▇▇▇▇ and advised ▇▇ of ▇▇▇▇▇ | 0.20 Hrs | $77.00 |
| | | | TOTAL SERVICES | $236.50 |

## HOURLY RATE

| | | |
|---|---|---|
| Briskin, Adam P. | 0.40 Hrs | $154.00 |
| Crockwell, Julius D. | 0.50 Hrs | $82.50 |
| | 0.90 Hrs | $236.50 |

CIT / One West Bank

Re: Jose Vasquez, Loan# ████████, 163 1st Avenue, Huntington Station, NY
11746

## DISBURSEMENTS

Service of Process / Subpoena                                          $175.00

TOTAL DISBURSEMENTS              $175.00

INVOICE TOTAL              $411.50

March 14, 2018

Bill Number  78860
File Number  0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ██████████████████

## FOR PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD

Through February 28, 2018

Re: Jose Vasquez, Loan# ███████████  163 1st Avenue, Huntington Station, NY
11746

## SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/12/17 | ALJ | Correspondence with ██████ regarding ██████ review ██. | 0.20 Hrs | $48.18 |
| 07/12/17 | APB | Draft ████████████████████████ Requested ████ from ██ | 2.50 Hrs | $462.78 |
| 07/13/17 | ALJ | Correspondence with ████ regarding ████ review ██. | 0.20 Hrs | $48.18 |
| 07/13/17 | ALJ | Review ████ status; review ██ | 0.20 Hrs | $48.18 |
| 07/13/17 | APB | Review of ██ and correspondence ████ re: ██ | 0.20 Hrs | $37.02 |
| 07/18/17 | ALJ | Review ████████████████████████; obtain ████████████ | 1.30 Hrs | $313.17 |
| 07/20/17 | APB | Final review of ██████████ Sent ██ to ██ for ████████. | 0.40 Hrs | $74.04 |
| 07/28/17 | ALJ | Correspondence with ████ regarding ████; review ██. | 0.10 Hrs | $24.09 |

CIT / One West Bank

Re: Jose Vasquez, Loan# ███████████ , 163 1st Avenue, Huntington Station, NY
    11746

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/28/17 | APB | Review of ██ and correspondence with ████ regarding ██████ | 0.20 Hrs | $37.02 |
| 07/31/17 | ALJ | Correspondence with ██████ regarding ██████; review ████ | 0.10 Hrs | $24.09 |
| 07/31/17 | APB | Review of █████, copy ████, and draft ████████ | 0.80 Hrs | $148.09 |
| 08/01/17 | APB | Correspondence regarding ██████ | 0.20 Hrs | $37.02 |
| 08/03/17 | APB | Review of ██ and correspondence with ████ regarding ██████ | 0.20 Hrs | $37.02 |
| 08/07/17 | ALJ | Correspondence with ████ regarding ████; review ██ | 0.20 Hrs | $48.18 |
| 08/08/17 | APB | Review of ██ for ████ with ████ | 0.20 Hrs | $37.02 |
| 08/08/17 | APB | Review of complaint, draft summons and civil cover sheet, redaction of exhibits for filing of the complaint. | 1.50 Hrs | $277.67 |
| 08/08/17 | JDC | Efiled complaint to Eastern District Court | 1.00 Hrs | $83.68 |
| 08/10/17 | ALJ | Review correspondence with ████ regarding ████████ prepare for ████ review ██ | 0.10 Hrs | $24.09 |
| 08/18/17 | ALJ | Conference with ████ regarding ████ prepare for ██████ review ██ | 0.20 Hrs | $48.18 |
| 08/18/17 | APB | Correspondence with ████ regarding ████████ | 0.20 Hrs | $37.02 |
| 08/28/17 | APB | Saved ████████ and sent email to ████ | 0.40 Hrs | $74.04 |
| 08/30/17 | APB | Review chain of title, draft notice of pendency and letter for filing with the county clerk. | 0.80 Hrs | $148.09 |
| 09/07/17 | ALJ | Correspondence with ████ regarding ██████ review ████ | 0.20 Hrs | $48.18 |
| 09/08/17 | ALJ | Review ██████████ | 0.10 Hrs | $24.09 |
| 09/18/17 | ALJ | Correspondence with ████ regarding ████ | 0.10 Hrs | $24.09 |
| 09/19/17 | ALJ | Correspondence with ████ regarding ████ | 0.10 Hrs | $24.09 |
| 09/20/17 | ALJ | Conference with ████ regarding ██████ and ████ | 0.10 Hrs | $24.09 |
| 09/22/17 | ALJ | Correspondence with ████ regarding ████ and ██████ | 0.20 Hrs | $48.18 |
| 09/26/17 | ALJ | Correspondence with ████ regarding ████ review | 0.20 Hrs | $48.18 |
| 10/02/17 | ALJ | Correspondence with ████ regarding ████; review ████ | 0.20 Hrs | $48.18 |
| 10/12/17 | ALJ | Conference with ████ regarding ██████ | 0.20 Hrs | $48.18 |

CIT / One West Bank

Re: Jose Vasquez, Loan# ████████   163 1st Avenue, Huntington Station, NY
    11746

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | ████████████████████ review ██ | | |
| 10/12/17 | APB | Meeting with █████████ to discuss ██████ | 0.20 Hrs | $37.02 |
| 10/23/17 | ALJ | Review correspondence from ██████ regarding ██████ ██████████ | 0.20 Hrs | $48.18 |
| 10/24/17 | MHR | Review filed Summons and Complaint; prepare email to ██████████ regarding ██████ | 0.30 Hrs | $72.27 |
| 12/05/17 | APB | Review of ████████████████ | 0.30 Hrs | $55.53 |
| 12/15/17 | ALJ | Prepare ███████████ correspondence with ██████████ review ██████ | 0.10 Hrs | $24.09 |
| 01/03/18 | APB | Correspondence ██████ re: ██████████ | 0.20 Hrs | $39.05 |
| 01/12/18 | APB | Review affidavits of service. | 0.10 Hrs | $19.53 |
| 01/12/18 | JDC | Efiled affidavits of service to Eastern District Court of New York | 0.60 Hrs | $50.22 |

TOTAL SERVICES   $2,800.00

**HOURLY RATE**

| | | |
|------|------|------|
| Resnikoff, Michael H. | 0.30 Hrs | $72.27 |
| Jacobson, Andrew Lawrence | 4.30 Hrs | $1,035.87 |
| Briskin, Adam P. | 8.40 Hrs | $1,557.96 |
| Crockwell, Julius D. | 1.60 Hrs | $133.90 |
| | 14.60 Hrs | $2,800.00 |

INVOICE TOTAL   $2,800.00

████████████████████████████████

TOTAL DUE THIS STATEMENT   $3,036.50

May 21, 2018

Bill Number  84047
File Number  0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ███████████

**FOR PROFESSIONAL SERVICES RENDERED**
**FOR THE PERIOD**

Through April 30, 2018

Re: Jose Vasquez, Loan# ███████████, 163 1st Avenue, Huntington Station, NY
11746

**SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/16/18 | APB | Draft non-mil aff, proposed order and request for default. | 0.50 Hrs | $192.50 |
| 04/16/18 | APB | Draft letter requesting conference. | 1.00 Hrs | $385.00 |
| 04/20/18 | APB | Continued to draft pre-motion letter addressing each affirmative defense. | 1.50 Hrs | $577.50 |
| 04/23/18 | JDC | Efiled request for Certificate of Default to Eastern District Court | 0.50 Hrs | $82.50 |
| 04/24/18 | ALJ | Review and Revise pre-motion letter to the court requesting permission to file a MSJ; conference with ███ ███ regarding ███████████. | 0.70 Hrs | $332.50 |
| | | **TOTAL SERVICES** | | **$1,570.00** |

**HOURLY RATE**

| | | |
|---|---|---|
| Jacobson, Andrew Lawrence | 0.70 Hrs | $332.50 |
| Briskin, Adam P. | 3.00 Hrs | $1,155.00 |
| Crockwell, Julius D. | 0.50 Hrs | $82.50 |
| | 4.20 Hrs | $1,570.00 |

CIT / One West Bank

INVOICE TOTAL          $1,570.00

June 19, 2018

Bill Number  85954
File Number 0305045-0000161

CIT / One West Bank
IndyMac Mortgage Services a division of OneWest
Bank FSB
FVP- Director of Foreclosure and Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758
Attn: ████████████████

**FOR PROFESSIONAL SERVICES RENDERED**
**FOR THE PERIOD**

Through May 31, 2018

Re: Jose Vasquez, Loan# ████████████, 163 1st Avenue, Huntington Station, NY
11746

**SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/14/18 | APB | Review of Court Order, Draft letter to regarding initial conference, draft affidavit of service. | 0.30 Hrs | $115.50 |
| 05/15/18 | JDC | Efiled affidavit of service to Eastern District Court of New York | 0.50 Hrs | No Charge |
| 05/18/18 | APB | Review of Order, draft letter to ████████████ draft AOS. | 0.20 Hrs | $77.00 |
| 05/18/18 | APB | Draft ████████████ | 0.20 Hrs | No Charge |
| 05/18/18 | JDC | Efiled notice of appearance to Eastern District Court | 0.50 Hrs | No Charge |
| 05/24/18 | APB | Called ████ regarding ████ | 0.10 Hrs | $38.50 |
| 05/24/18 | APB | Correspondence with ████████ for ████████ | 0.30 Hrs | $115.50 |
| 05/24/18 | APB | ████ Draft ████████ Review ████████ | 0.30 Hrs | $115.50 |
| 05/29/18 | APB | Spoke to ████ regarding ████████████. | 0.30 Hrs | $115.50 |
| 05/31/18 | APB | Review of ████ and spoke ████████ | 0.20 Hrs | $77.00 |
| 05/31/18 | APB | Review of file in preparation for EDNY initial conference. | 1.00 Hrs | $385.00 |
| | | | TOTAL SERVICES | $1,039.50 |

CIT / One West Bank

Re: Jose Vasquez, Loan#          , 163 1st Avenue, Huntington Station, NY
   11746

## HOURLY RATE

| | | |
|---|---|---|
| Briskin, Adam P. | 2.70 Hrs | $1,039.50 |
| Briskin, Adam P. | 0.20 Hrs | No Charge |
| Crockwell, Julius D. | 1.00 Hrs | No Charge |
| | 3.90 Hrs | $1,039.50 |

INVOICE TOTAL     $1,039.50

July 16, 2018

Bill Number  87863
File Number  0305045-0000161

Loan Care
Loan Care a Division of FNF Servicing, Inc.
3637 Sentra Way
Virginia Beach, VA 23452
Attn: ███████████

## FOR PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD

Through June 30, 2018

Re: Jose Vasquez, Loan# ███████████  163 1st Avenue, Huntington Station, NY
11746

## SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/18 | APB | Appeared in Court for the Initial Conference. | 3.00 Hrs | $1,155.00 |
| 06/04/18 | APB | Advised ███ of ██████████ re: ███████ | 0.30 Hrs | No Charge |
| 06/06/18 | ALJ | Review ██████████████████████████ correspondence with ████████ regarding █████ review ████ review regarding ██████████████████ | 0.30 Hrs | $142.50 |
| 06/07/18 | JDC | Efiled amended complaint to Eastern District Court | 0.50 Hrs | $82.50 |
| 06/27/18 | G M | Electronically filed affidavit of service with USDC, EDNY. | 0.10 Hrs | $28.00 |
| | | | TOTAL SERVICES | $1,408.00 |

## HOURLY RATE

| | | |
|---|---|---|
| Mencio, Giselle | 0.10 Hrs | $28.00 |
| Jacobson, Andrew Lawrence | 0.30 Hrs | $142.50 |
| Briskin, Adam P. | 3.00 Hrs | $1,155.00 |
| Briskin, Adam P. | 0.30 Hrs | No Charge |

Loan Care

Re: Jose Vasquez, Loan# ███████, 163 1st Avenue, Huntington Station, NY
11746

**HOURLY RATE**

| | | |
|---|---|---|
| Crockwell, Julius D. | 0.50 Hrs | $82.50 |
| | 4.20 Hrs | $1,408.00 |

INVOICE TOTAL    $1,408.00

September 10, 2018

Bill Number  91316
File Number 0305045-0000161

Loan Care
Loan Care a Division of FNF Servicing, Inc.
3637 Sentra Way
Virginia Beach, VA 23452
Attn: █████████████

## FOR PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD

Through August 31, 2018

Re: Jose Vasquez, Loan# ███████████, 163 1st Avenue, Huntington Station, NY
    11746

## SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/22/18 | APB | Review of ██; email ████ regarding ██████ ███ | 0.30 Hrs | No Charge |
| 08/23/18 | APB | Review of █████████ | 0.30 Hrs | $115.50 |
| 08/24/18 | APB | Draft Plaintiff's motion for summary judgment. | 5.00 Hrs | $1,925.00 |
| 08/29/18 | APB | Draft Plaintiff's Memorandum of Law. | 1.30 Hrs | $500.50 |
| | | | TOTAL SERVICES | $2,541.00 |

## HOURLY RATE

| | | |
|---|---|---|
| Briskin, Adam P. | 0.30 Hrs | No Charge |
| Briskin, Adam P. | 6.60 Hrs | $2,541.00 |
| | 6.90 Hrs | $2,541.00 |

## DISBURSEMENTS

| | |
|---|---|
| Service of Process / Subpoena | $215.00 |
| TOTAL DISBURSEMENTS | $215.00 |

Loan Care

INVOICE TOTAL          $2,756.00

BRONSTER, LLP
156 West 56th Street
Suite 1801
New York, NY 10019
Fax: 347-246-4893
Tax I.D. #: 83-1723104

October 22, 2018

Bill Number  93662
File Number 0305045-0000161

Loan Care
Loan Care a Division of FNF Servicing, Inc.
3637 Sentra Way
Virginia Beach, VA 23452
Attn: ███████

**FOR PROFESSIONAL SERVICES RENDERED**
**FOR THE PERIOD**

Through September 30, 2018

Re: Jose Vasquez, Loan# ███████ 163 1st Avenue, Huntington Station, NY
    11746

**SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/15/18 | APB | Continued drafting Plaintiff's memorandum of law in support of summary judgment. | 5.00 Hrs | $1,925.00 |
| 09/17/18 | APB | Finalized motion for summary judgment and prepared for filing. | 4.50 Hrs | $1,732.50 |
| 09/17/18 | LMP | Assemble and process Notice of Motion for Summary Judgment; serve and have filed. | 1.20 Hrs | $252.00 |
| | | TOTAL SERVICES | | $3,909.50 |

Page 1

Loan Care

Re: Jose Vasquez, Loan# ███████ 163 1st Avenue, Huntington Station, NY
11746

## HOURLY RATE

| | | |
|---|---|---|
| Briskin, Adam P. | 9.50 Hrs | $3,657.50 |
| Parrella, Laura M. | 1.20 Hrs | $252.00 |
| | 10.70 Hrs | $3,909.50 |

INVOICE TOTAL    $3,909.50

BRONSTER, LLP
156 West 56th Street
Suite 1801
New York, NY 10019
Fax: 347-246-4893
Tax I.D. #: 83-1723104

November 13, 2018

Bill Number  94545
File Number  0305045-0000161

Loan Care
Loan Care a Division of FNF Servicing, Inc.
3637 Sentra Way
Virginia Beach, VA 23452
Attn: ▮▮▮▮▮▮▮▮

## FOR PROFESSIONAL SERVICES RENDERED
## FOR THE PERIOD

Through October 31, 2018

Re: Jose Vasquez, Loan# ▮▮▮▮▮▮▮ 163 1st Avenue, Huntington Station, NY
11746

**SERVICES**

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/17/18 | ALJ | Review court notice regarding opposition to motion for summary judgment.; review opposition papers. | 0.30 Hrs | $142.50 |
| 10/25/18 | APB | Research case law on priority of liens. | 0.50 Hrs | $192.50 |
| 10/25/18 | APB | Phone call with ▮▮▮▮▮▮ re. affidavit in support. | 0.30 Hrs | No Charge |
| 10/26/18 | APB | Researched case law and draft Plaintiff's reply memorandum. | 3.00 Hrs | $1,155.00 |
| 10/29/18 | APB | Revised and finalized affirmation in reply. | 0.50 Hrs | $192.50 |
| | | | TOTAL SERVICES | $1,682.50 |

Loan Care

Re: Jose Vasquez, Loan# ████████, 163 1st Avenue, Huntington Station, NY
     11746

## HOURLY RATE

| | | |
|---|---|---|
| Jacobson, Andrew Lawrence | 0.30 Hrs | $142.50 |
| Briskin, Adam P. | 4.00 Hrs | $1,540.00 |
| Briskin, Adam P. | 0.30 Hrs | No Charge |
| | 4.60 Hrs | $1,682.50 |

| | INVOICE TOTAL | $1,682.50 |
|---|---|---|

## PREVIOUSLY BILLED AND UNPAID

| 93662 | 10/22/18 | 3,909.50 | . |
|---|---|---|---|

| TOTAL DUE THIS STATEMENT | $5,592.00 |
|---|---|